| |
|---|
| 24-3887/24-3899/25-3017 |
| UNITED STATES OF AMERICA<br><br>       Plaintiff - Appellee<br><br>v.<br><br>ANITA GREEN [24-3887 & 25-3017]<br><br>AMANDA HOVANEC [24-3899]<br><br>       Defendants - Appellants |