UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 24-3887/24-3899/25-3017 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANITA GREEN, | ) | |
| AMANDA HOVANEC, | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

### APPELLEE'S MOTION FOR A 30-DAY EXTENSION OF TIME WITHIN WHICH TO FILE APPELLEE'S BRIEF

Plaintiff-Appellee United States of America, through undersigned counsel, respectfully moves this Court for an extension of time, for an additional 30 days until July 16, 2025, within which to file the appellee's consolidated brief, which currently is due on June 16, 2025. (Doc. 26: Briefing Schedule). The requested extension is not for any purpose of delay, but to ensure a complete response to Defendant-Appellant Anita Green's challenge to the procedural reasonableness of her within-Guidelines, 121-month sentence for being an accessory after the fact to murder and the district court's order for her to pay restitution for the minor victims' psychological care. The requested extension also is to ensure a complete response to Amanda Hovanec's challenge to the procedural and substantive

1

reasonableness of her below-Guidelines, 480-month sentence for committing premeditated murder. Given Green and Hovanec's sentence lengths, it is the government's position that they will not be prejudiced by an extension of time.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By:  /s/ Laura McMullen Ford
Laura McMullen Ford
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone No: (216) 622-3817
Facsimile No: (216) 522-8355
Laura.Ford@usdoj.gov

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMITATION**

I hereby certify that the foregoing contains 152 words according to the word counting feature of Microsoft Word for Office 365 and complies with this Court's 5,200-word limitation for motions.

/s/ Laura McMullen Ford
Laura McMullen Ford
Assistant United States Attorney