UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-3887/24-3899/25-3017 |
| Plaintiff-Appellee, | |
| v. | |
| ANITA GREEN,<br>AMANDA HOVANEC, | |
| Defendants-Appellants. | |

APPELLEE'S MOTION TO FILE AN OVERSIZED BRIEF

Plaintiff-Appellee United States of America, through undersigned counsel, respectfully requests permission to file an oversized brief, namely to expand the 13,000 word limitation for the appellee's consolidated brief by 5,000 words, for a total of 18,000 words. The government needs the additional space to respond to Defendant-Appellant Anita Green and Amanda Hovanec's consolidated sentencing appeals stemming from a premeditated murder. Specifically, Green challenges the district court's decision denying an acceptance of responsibility reduction to her Guidelines offense level for her accessory after the fact conviction and its order requiring her to pay restitution for the minor victims' psychological care. (Case No. 24-3887, Doc. 20: Green's Br.). Hovanec challenges the district court's

1

findings concerning her psychological report, its decisions to apply aggravating role and obstruction of justice enhancements, and the procedural reasonableness of her below-Guidelines, 480-month sentence. (Case No. 24-3899, Doc. 24: Hovanec's Br.). Combined their claims total 18,923 words. (Id., Page 50; Case No. 24-3887, Doc. 20: Green's Br., Page 59). Accordingly, given the number of complex issues the government must discuss to provide a complete response to Green and Hovanec's claims, the government requests permission to file an oversized brief containing a total of 18,000 words, which would be less than the word totals for Green and Hovanec's briefs combined.

        Respectfully submitted,

        CAROL M. SKUTNIK
        Acting United States Attorney

    By:   /s/ Laura McMullen Ford
        Laura McMullen Ford
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        Telephone No: (216) 622-3817
        Facsimile No: (216) 522-8355
        Laura.Ford@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITATION

I hereby certify that the foregoing contains 211 words according to the word counting feature of Microsoft Word for Office 365 and complies with this Court's 5,200-word limitation for motions.

/s/ Laura McMullen Ford
Laura McMullen Ford
Assistant United States Attorney