Nos. 24-3887/3899 & 25-3017

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jun 30, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff - Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ANITA GREEN (24-3887 & 25-3017); ) | |
| AMANDA HOVANEC (24-3899), ) | |
| ) | |
|     Defendants - Appellants. ) | |

In these three appeals consolidated for purposes of appellee briefing and submission, the government moves for leave to file a single brief of up to 18,000 words.

Briefs in excess of the word limit are seldom permitted. 6 Cir. I.O.P. 28(a). However, the government is responding to two briefs in three appeals. Accordingly, the motion is GRANTED. The government may file an appellee brief of up to 18,000 words.

                                                                 ENTERED PURSUANT TO RULE 45(a)
                                                                 RULES OF THE SIXTH CIRCUIT

                                                                 Kelly L. Stephens, Clerk