## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 21, 2025

Ms. Amy Lee Copeland
Rouse & Copeland
602 Montgomery Street
Savannah, GA 31401

Ms. Laura McMullen Ford
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Re: Case No. 24-3887/25-3017, *USA v. Anita Green*
Originating Case No. : 3:22-cr-00274-3

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **August 29, 2025**.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: James
Direct Dial No. 5135647019