**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988



# COUNSEL UNAVAILABILITY FORM

In scheduling arguments, the Court attempts to avoid dates in which counsel has conflicts.  To notify the Court of such conflicts, please complete this form and file it via CM/ECF in your case.

Counsel should provide as soon as possible any dates of unavailability during the next nine months, preferably no later than the filing of the appellee's brief, and supplement those dates thereafter until the case is set for argument.

**The Court highly disfavors motions for continuance of arguments that have been scheduled on dates that counsel has failed to identify on this form.**

**24-3899**                           **United States v. Hovanec**
*Case Number*                          *Short Case Name*

**Benjamin S. Morrell**, attorney for **Defendant-Appellant Amanda Hovanec**

is not available to attend oral argument on these dates:

**October 20–24, 2025
January 26–30, 2026
February 2–6, 2026
June 1–5, 2026**

s/ **Benjamin S. Morrell**
   *Attorney name*

Docketing Instructions:
Event Category: *Letters/Correspondence*
Event: *dates unavailable for oral argument*

---

**CERTIFICATE OF SERVICE**
I certify that on **9/17/25** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Benjamin S. Morrell**

---

Revised February 2024