# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 24-3887, 25-3017

2. Case Caption (Short Title): United States v. Green

3. Argument is scheduled for 9 a.m. *(time)* on Tuesday, December 9, 2025 *(day, date)* and will be held:
   - [✔] Live (In Person)
   - [ ] by Video
   - [ ] by Telephone

4. I, Amy Lee Copeland, will be presenting argument on behalf of:
   - [✔] Appellant / Petitioner
   - [ ] Amicus Curiae
   - [ ] Other (please specify below): _____
   - [ ] Appellee / Respondent
   - [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Anita Green

6. Minutes reserved for rebuttal (appellant / petitioner only): 2 **(in whole minutes only)**

7. If you are sharing time with one or more attorneys, please address the following:
   A. Number of attorneys sharing time: ____
   B. Total number of minutes **(in whole minutes only)** to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes **(in whole minutes only)**: ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*