# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 24-3887, 24-3899, 25-3017 _____

2. Case Caption (Short Title): United States v. Anita Green _____

3. Argument is scheduled for _(time)_ 9:00am on _(day, date)_ December 9, 2025 _____ and will be held:

[✓] Live (In Person)          [ ] by Video          [ ] by Telephone

4. I, Laura McMullen Ford _____, will be presenting argument on behalf of:

[ ] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):

[✓] Appellee / Respondent     [ ] Intervenor         _____

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

| United States of America |
| --- |

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: _____

B. Total number of minutes (in whole minutes only) to be shared: _____

C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*