rouse + copeland LLC
ATTORNEYS

602 Montgomery Street
Savannah, Georgia 31401

912.807.5000
912.335.3440 (fax)
www.roco.pro

December 4, 2025

Kelly L. Stephens
Clerk, United States Court of Appeals
for the Sixth Circuit
100 East Fifth Street
Cincinnati, Ohio 45202

Re:  *United States v. Green*, Nos. 24-3887/25-3017
     (consolidated)

Dear Ms. Stephens:

Pursuant to FRAP 28(j), this letter advises the Court of a pertinent and significant authority that came to my attention in preparing for oral argument.

The district court awarded restitution against Green ostensibly under the Mandatory Victim Restitution Act ("MVRA"). The only statutory support for the award is under the Victim Witness Protection Act ("VWPA").

Green argues in the restitution appeal (No. 25-3017) that the VWPA does not permit the award of expenses under 18 U.S.C. §3663(b)(2)(A) for psychological care for victims who did not suffer bodily injury.

As part of that argument, Green cites *United States v. Patton*, 651 Fed. Appx. 423 (6th Cir. 2016), and *United States v. Wilcox*, 487 F.3d 1163 (8th Cir. 2007), two MVRA cases that refuse to award payment of family members' expenses for lost income under 18 U.S.C. §3663A(b)(2)(C). (Br. of Appellant at 43-44,

FRAP 28(j) letter
December 4, 2025
Re: USA v Green
Page 2

Reply Br. at 26) The family member claimants in those cases sought compensation for (respectively) lost wages attendant to providing care for, and transporting to healing ceremonies, victims who suffered bodily injury. The courts reasoned that the victim who suffered bodily injury was the only victim eligible to receive payment for these expenses.

On July 30, 2024, Congress enacted a "clarification" to the MVRA providing that a district court "shall order the defendant to make restitution" to a person who assumes a victim's rights for "lost income, child care, transportation, and other expenses" directly related to participation in the investigation or prosecution of the offense, attendance at proceedings related to the offense, and transporting the victim for medical care, therapy, or rehabilitation. *See* 18 U.S.C. §3663A(a)(4).

Congress did not enact a similar clarification to the VWPA. The last amendment to that statute occurred on September 26, 2008.

Yours Very Truly,

Amy Lee Copeland
Attorney for Appellant

ALC/

cc:   All counsel of record