**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 13, 2026

Ms. Amy Lee Copeland
Rouse & Copeland
602 Montgomery Street
Savannah, GA 31401

Ms. Emily Aija England
Taft Stettinius & Hollister
2555 E. Camelback Road
Room 1050
Phoenix, AZ 85016

Ms. Laura McMullen Ford
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Mr. Aaron M. Herzig
Taft, Stettinius & Hollister
301 E. Fourth Street
Suite 2800
Cincinnati, OH 45202

Mr. Benjamin Scott Morrell
Taft
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601

Re:     Case Nos. 24-3887/24-3899/25-3017, *USA v. Anita Green*
            Originating Case No. 3:22-cr-00274-3

Dear Counsel,

The court today announced its decision in the above-styled cases.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. Christian Capece

Enclosures

Mandate to issue.